UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVSION

| | |
|---|---|
| ERIN RUHALA,<br><br>        Plaintiff,<br><br>vs.<br><br>SHIRE-NPS PHARMACEUTICALS, INC.,<br><br>        Defendant. | 2:18-CV-10942-TGB<br><br>ORDER<br><br>HONORABLE TERRENCE G. BERG |

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal by Plaintiffs, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

DATED this 30th day of March, 2018.

        BY THE COURT:

        /s/Terrence G. Berg
        TERRENCE G. BERG
        United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
March 30, 2018, by electronic and/or ordinary mail.
/s/ Amanda Chubb
Case Manager
(313) 234-2644